BRADLEY H. B. HONAN ET AL. *v.*
MILTON BURTON ET AL.
(13017)

LANDAU, HEIMAN and SPEAR, Js.

Argued December 12, 1994—decision released January 3, 1995

*Nancy Burton,* for the appellants (plaintiffs).
*Bruce A. Chamberlain,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.